[No. 21989-5-III. Division Three. June 9, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN E. MINES, JR., *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated July 19, 2005.

[No. 22120-2-III. Division Three. June 9, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES E. BOSTWICK, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 03-1-00087-3, Robert L. Zagelow, J., entered May 27, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 22295-1-III. Division Three. June 9, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON BRET CONRAD, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated September 14, 2006.